NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**PAUL T. MALONEY, OSB #013366**
Assistant United States Attorney
Paul.Maloney@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-mj-00009 |
| v. | |
| **NANCY GARCIA,** | **MOTION TO PARTIALLY UNSEAL CASE** |
| **Defendants.** | |

The United States of America moves this court for an order to partially unseal the above-captioned case. The United States requests the complaint, affidavit in support and related materials remain under seal as the matter remains under investigation and the arrest related documents contain sensitive law enforcement source information. The defendant herein has been arrested and needs to make their initial appearances on the complaint.

Motion to Partially Unseal Case                                                                                      Page 1
                                                                                                                    Revised March 2018

The government will file a redacted version of the complaint and affidavit to be publicly available.

The government intends to disclose the complaint, affidavit and any related sealed documents to defense counsel as part of discovery, but requests that only the redacted document be referred to in public proceedings until the investigation has concluded or as justice requires.

Dated: January 18, 2023

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Paul T. Maloney*
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney