AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  3:23-mj-00009 |
| NANCY GARCIA | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 16, 2023 _____ in the county of _____ Marion and elsewhere _____ in the
_____ District of _____ Oregon _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i) and (vi) | Possession with intent to distribute controlled substances (heroin and fentanyl) |

This criminal complaint is based on these facts:

See the attached affidavit of DEA Special Agent Jeffrey R. Thomas.

☑ Continued on the attached sheet.

_/s/ Signed by telephone_
Complainant's signature

Jeffrey R. Thomas, DEA Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at _6:11_ a.m./p.m.

Date: _____ January 17, 2023 _____

_Youlee Yim You_
Judge's signature

City and state: _____ Portland, Oregon _____     YOULEE YIM YOU, U.S. Magistrate Judge
Printed name and title

DISTRICT OF OREGON          )
                            ) ss.   AFFIDAVIT OF JEFFREY THOMAS
COUNTY OF MULTNOMAH    )

### Affidavit in Support of a Criminal Complaint

I, Jeffrey Thomas, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1.      I am an "investigative or law enforcement officer of the United States" within the

meaning of Title 18, United States Code, Section 2510(7).  I am currently employed as a Special

Agent with the Drug Enforcement Administration (DEA), United States Department of Justice,

and have been so employed since 2012.  In that capacity, I investigate violations of the

Controlled Substances Act, Title 21, United States Code, Section 801, *et. seq*.  My current

assignment is with the DEA Salem Resident Office, investigating controlled substances crimes.

My training and experience includes completion of the sixteen (16) week DEA Basic Agent

Training course at the Justice Training Center in Quantico, Virginia. This training focused on the

identification of controlled substances; how controlled substances are consumed; the means by

which drug traffickers derive, launder, and conceal their profits from drug trafficking; the use of

assets to facilitate unlawful drug trafficking activity; and the laws relating to the forfeiture to the

United States of assets purchased with drug proceeds or assets used or intended to be used to

facilitate drug violations.  I am familiar with investigations of drug trafficking organizations,

including methods of importation and distribution of controlled substances.  I have assisted with

multiple investigations, including nine wiretap investigations, and cases involving organizations

trafficking several different controlled substances to include heroin, methamphetamine, cocaine,

fake oxycodone/fentanyl pills, and marijuana.  These investigations have resulted in the seizure

**Affidavit of DEA Special Agent Jeffrey Thomas**                                                    **Page 1**

of controlled substances as well as United States currency and the prosecution of many

defendants.

## Purpose of Affidavit

2.      This affidavit is submitted to support a criminal complaint and arrest warrant for

**NANCY GARCIA ("GARCIA")**, Hispanic female, date of birth xx/xx/1975, for possession

with intent to distribute the controlled substances fentanyl and heroin, in violation of Title 21,

United States Code, Section 841(a)(1) (hereinafter the "Target Offenses").

## Applicable Law

3.      Title 21, United States Code, Sections 841(a)(1) makes it illegal to possess with

the intent to distribute heroin and fentanyl, which are both federally scheduled controlled

substances. Possession with intent to distribute 1 kilogram or more of a mixture or substance

containing a detectable amount of heroin, or 400 grams or more of a mixture or substance

containing a detectable amount of fentanyl is punishable by 10 years to life imprisonment, a fine

of up to $10 million, and not less than five years' supervised release.

4.      I have obtained the facts set forth in this affidavit through my personal

participation in the investigation described below; from oral reports of other law enforcement

officers; and, from records, documents and other evidence obtained during this investigation.

## Statement of Probable Cause

### *Oregon State Police Task Force Officer Stops GARCIA for Traffic Violation and Seizes Bulk Narcotics*

5.      On January 16, 2023, at approximately 8:56 p.m., Salem DEA Task Force Officer

(TFO) Adam Miller, who is also a canine handler for Oregon State Police (OSP), initiated a

traffic stop on a vehicle operated by **GARCIA** for a traffic violation as **GARCIA** traveled

**Affidavit of DEA Special Agent Jeffrey Thomas**                                                    **Page 2**

northbound on I-5 near milepost 243, south of Salem, Oregon.  TFO Miller identified **GARCIA**

as the driver and sole occupant from her Arizona driver license.  TFO Miller noticed an

approximately 18-inch-tall Santa Muerte statue sitting in the front passenger seat of the

**GARICA's** vehicle.  Based on TFO Miller's training and experience, he recognized the statue as

something some people in the drug trafficking world recognize as a saint, and that they believe

Santa Muerte, and prayers to Santa Muerte, help protect people involved in distributing

controlled substances.   Below is an image of the Santa Muerte statute from **GARCIA's** car:



6.        During the encounter, TFO Miller asked **GARCIA** if the car she was operating

belonged to her.  **GARCIA** first said that the car belonged to her boyfriend.  TFO Miller asked

what the boyfriend's name was but **GARCIA** could not say.  TFO Miller confronted **GARCIA**

for lying about the owner of the car and **GARCIA** explained that the car was owned by her

**Affidavit of DEA Special Agent Jeffrey Thomas**                                        **Page 3**

friend's husband, but that she didn't know his name.  TFO Miller asked **GARCIA** if the rightful

owner of the car knew where his car was and she confirmed that he knew where it was.

       7.      TFO Miller recognized that the car was registered in Arizona and **GARCIA**

provided her Arizona driver license as her identification.  TFO Miller asked **GARCIA** where she

was going and initially she said she was going to Seattle, Washington, and then changed her

destination to Portland, Oregon.  TFO Miller asked how long she planned to stay in Portland.

**GARCIA** first said she planned to be in Portland a week, then changed it to a day or two.  TFO

Miller asked where **GARCIA** planned to stay, and she said at a motel.

       8.      Based on GARCIA's inconsistent answers about the car, her destination, and her

demeanor during their exchange, a TFO Miller believed that **GARCIA** was being deceptive in

her answers.  Based on his training and experience, TFO Miller and I know the southwest border

area, to include Arizona where **GARCIA** is from, to be a source area for controlled substances

being trafficked from Mexico to the United States.  TFO Miller and I also know that Portland,

Oregon and Seattle, Washington are destination cities for controlled substances to be trafficked

to from boarder states like Arizona.  Based on GARCIA's inconsistent and deceptive answers,

her demeanor, and his observation of the narcotics idol (the Santa Muerte statue), as well as his

training and experience, TFO Miller checked **GARCIA**'s name and date of birth for any prior

criminal history.  TFO Miller saw that **GARCIA** had multiple prior arrests for controlled

substance charges and a federal conviction in 2016 for manufacturing and distributing a

controlled substance.  The criminal history showed that **GARCIA** received 21 months of prison

time 24 months supervised release.  TFO Miller recognized that **GARCIA**'s supervised release

would have expired approximately two or three years ago.

**Affidavit of DEA Special Agent Jeffrey Thomas**                               **Page 4**

9.      TFO Miller then asked **GARCIA** if she had anything illegal in the car.  **GARCIA**

looked at the ground and said no.  ████████████████████████████████

████████████████████  At that time TFO Miller recited the oral Miranda Warnings to

**GARCIA**.  **GARCIA** verbally confirmed that she understood her rights and did not have any

questions.  █████████████████████████████████████████████

██████████████████████████████  TFO Miller asked **GARCIA** for consent

to retrieve the fentanyl pills and she gave verbal consent to retrieve the pills.  ██████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████

10.     TFO Miller did not deploy his canine but searched the vehicle based on the

probable cause developed during the stop and consent provided by **GARCIA**.  TFO Miller then

found two plastic grocery sacks inside a larger bag on the floor behind the driver's seat.  TFO

Miller could see that the bags contained small round light blue tablets marked "M" and "30."

TFO Miller recognized that these tablets fit the description of fake oxycodone pills that contain

fentanyl.

11.     After the search was completed, at about 9:40 p.m., TFO Miller transported

**GARCIA** and the controlled substances to the Oregon State Police Patrol Office for further

examination.  Once at the OSP Office TFO Miller looked more closely at the plastic bags where

the pills were located.  TFO Miller found three additional burrito shaped packages that I believe

contain heroin.  TFO Miller then secured the evidence at the OSP office and lodged **GARCIA** at

the Marion County Detention Center.

**Affidavit of DEA Special Agent Jeffrey Thomas**                                    **Page 5**

12.    On January 17, 2023, TFO Miller transported the controlled substances to the

DEA Salem Office where I helped TFO Miller field test the suspected heroin and process the

drugs into evidence.   TFO Miller and I field tested the brown powder substance found inside one

of the three burrito shaped packages.  The field test returned a presumptive positive test for

heroin.  All three packages were about the same size, shape, and weighed about the same

amount.  TFO Miller and I also noticed that all three packages had an M&Ms candy wrapper

used as a label.  The three burrito shaped packages combined for a total weight of approximately

2,481.3 grams (including packaging) of suspected heroin.  Below is a photograph of the heroin

seized from the car **GARCIA** was driving:



13.    The pills were small round light blue pills marked "M" and "30."  This

description is consistent with the description for counterfeit oxycodone pills that have tested

**Affidavit of DEA Special Agent Jeffrey Thomas**                                                    **Page 6**

positive for fentanyl in previous investigations that I have been involved.  The pills were

packaged as small bundles in clear plastic baggies and did not appear consistent with

pharmaceutical packaging from a pharmacy or other lawful source of legitimate oxycodone pills.

Several baggies of pills were then placed together in a larger Ziploc style plastic bag.  There

were four of these large Ziploc type bags with a combined weight of 4,750.5 grams of suspected

fentanyl pills (including packaging).  Below are photos of the pills seized from the car **GARCIA**

was driving:

 

14.     Based on my training and experience, I know that fentanyl tablets are frequently

packaged in plastic baggies for distribution.  I also know that it is common for bulk quantities of

fentanyl pills to be packaged in large Ziploc bags for wholesale distribution and transportation.  I

also know that heroin is often packaged for transportation from California or Arizona to Oregon

in burrito shaped packages.  Additionally, I know from training and experience, that 2,481.3

grams of heroin and 4,750.5 grams of fentanyl tablets are not user quantities but rather indicates

it is possessed for purposes of further distribution.  Furthermore, the way the heroin and fentanyl

**Affidavit of DEA Special Agent Jeffrey Thomas**                          **Page 7**

pills were packaged is also indicative of possession with the intent to distribute bulk quantities of controlled substances.

### Conclusion

15.     Based on the foregoing, I have probable cause to believe, and I do believe, that **GARCIA** committed the crime of possession with intent to distribute the controlled substances fentanyl and heroin, in violation of Title 21, United States Code, Section 841(a)(1).  I therefore request that the Court issue a criminal complaint and arrest warrant for **GARCIA**.

16.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney Paul Maloney. AUSA Maloney advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

### Request for Sealing

17.     It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant.  I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time is likely

/ / / /

/ / / /

**Affidavit of DEA Special Agent Jeffrey Thomas**                    **Page 8**

to seriously jeopardize the ongoing investigation. Premature disclosure of the affidavit, the

criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.


                *By phone pursuant to Fed R. Crim. P. 4.1*
                JEFFREY THOMAS
                Special Agent
                Drug Enforcement Administration

      Subscribed and sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone at __6:11__ ~~a.m.~~/p.m. on ___17th___ day of January, 2023.


_____
HONORABLE YOULEE YIM YOU
UNITED STATES MAGISTRATE JUDGE